1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Defendants

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11
   JAMAL MOAMAR,                                  )
12                                                )   No. C 08-4846 CRB
                          Plaintiff,              )
13                                                )
               v.                                 )   **STIPULATION TO EXTEND BRIEFING**
14                                                )   **SCHEDULE; AND [PROPOSED] ORDER**
   MICHAEL MUKASEY, in his official capacity      )
15 as Attorney General of the United States;      )
   MICHAEL CHERTOFF, in his official capacity     )
16 as Secretary of the Department of Homeland     )
   Security; ROSEMARY MELVILLE, in her            )
17 official capacity as District Director of U.S. )
   Citizenship and Immigration Services; EMILIA   )
18 BARDINI, in her official capacity as Director  )
   of the San Francisco Asylum Office,            )
19                                                )
                          Defendants.             )
20 _____    )

21
       The plaintiff, by and through his attorney of record, and defendants, by and through their
22
   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing
23
   schedule in General Order No. 61 by thirty days in light of the reasonable likelihood that the
24
   United States Citizenship and Immigration Services (USCIS) will issue a decision on the
25
   plaintiff's asylum application in the next thirty days.
26
       1. The plaintiff filed his action on October 22, 2008, seeking an order directing USCIS to
27
   adjudicate his application for asylum.
28

   STIPULATION TO EXTEND BRIEFING SCHEDULE
   C 08-4846 CRB                            1

1 | 2.  The plaintiff completed service on the defendants on October 27, 2008.

2 | 3.   Pursuant to Gen. Ord. 61, the defendants are required to file a motion for summary
3 | judgment on February 24, 2009.

4 | 4.  In light of the fact that the parties believe it is reasonably likely that USCIS will adjudicate
5 | the plaintiff's asylum application within the next thirty days, the parties hereby stipulate to extend
6 | the due date for the defendants' motion for summary judgment to March 20, 2009.

Dated:  February 24, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated:  February 24, 2009

/s/
THIPPHAVONE P. ARK
The Law Office of Thippavone P. Ark
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  __February 26_____, 2009

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-4846 CRB                                               2