JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMAL MOAMAR,       ) | No. C 08-4846 CRB |
|     Plaintiff,       ) | |
|     v.       ) | **STIPULATION TO EXTEND BRIEFING** |
| MICHAEL MUKASEY, in his official capacity       ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| as Attorney General of the United States;       ) | |
| MICHAEL CHERTOFF, in his official capacity       ) | |
| as Secretary of the Department of Homeland       ) | |
| Security; ROSEMARY MELVILLE, in her       ) | |
| official capacity as District Director of U.S.       ) | |
| Citizenship and Immigration Services; EMILIA       ) | |
| BARDINI, in her official capacity as Director       ) | |
| of the San Francisco Asylum Office,       ) | |
|     Defendants.       ) | |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule in General Order No. 61 by thirty days in light of the reasonable likelihood that the United States Citizenship and Immigration Services (USCIS) will issue a decision on the plaintiff's asylum application in the next thirty days.

    1. The plaintiff filed his action on October 22, 2008, seeking an order directing USCIS to adjudicate his application for asylum.

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-4846 CRB                        1

1    2.  The plaintiff completed service on the defendants on October 27, 2008.

2    3.  Pursuant to Gen. Ord. 61, the defendants were required to file a motion for summary
3    judgment on February 24, 2009.

4    4.  In light of the fact that the parties reasonably believed that USCIS would adjudicate the
5    plaintiff's asylum application within thirty days, the parties filed a stipulation on February 24,
6    2009, to extend the due date for the defendants' motion for summary judgment to March 20, 2009.

7    5.  This Court signed the parties' stipulation on February 26, 2009.

8    6.  On March 18, 2009, USCIS informed the plaintiff of the need to appear for an additional
9    interview and this interview is scheduled to occur in the next few days.

10   7.  In light of the reasonable probability that USCIS will adjudicate the plaintiff's asylum
11   application within the next thirty days, the parties hereby request an additional thirty day extension
12   of the due date for defendants' motion for summary judgment.  The defendants will file their
13   motion for summary judgment, if necessary, on April 17, 2009.

Dated: March 19, 2009                        Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                                    /s/
                                             EDWARD A. OLSEN
                                             Assistant United States Attorney
                                             Attorneys for Defendants

Dated:  March 19, 2009                              /s/
                                             THIPPHAVONE P. ARK
                                             The Law Office of Thippavone P. Ark
                                             Attorney for Plaintiff

                    ~~[PROPOSED]~~ ORDER

    Pursuant to stipulation, IT IS SO ORDERED.

Dated: __March 24_____, 2009     _____
                                    CHARLES R. BREYER
                                    United States District Judge



STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-4846 CRB                                2