1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-6915
6  FAX: (415) 436-6927

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
   JAMAL MOAMAR,                              )
12                                            )  No. C 08-4846 CRB
                     Plaintiff,               )
13                                            )
               v.                             )  **STIPULATION TO EXTEND BRIEFING**
14                                            )  **SCHEDULE; AND [PROPOSED] ORDER**
   MICHAEL MUKASEY, in his official capacity  )
15 as Attorney General of the United States;  )
   MICHAEL CHERTOFF, in his official capacity )
16 as Secretary of the Department of Homeland )
   Security; ROSEMARY MELVILLE, in her        )
17 official capacity as District Director of U.S. )
   Citizenship and Immigration Services; EMILIA )
18 BARDINI, in her official capacity as Director )
   of the San Francisco Asylum Office,        )
19                                            )
                     Defendants.              )
20 _____  )

21
       The plaintiff, by and through his attorney of record, and defendants, by and through their
22
   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing
23
   schedule in General Order No. 61 by thirty days in light of the reasonable likelihood that the
24
   United States Citizenship and Immigration Services (USCIS) will issue a decision on the
25
   plaintiff's asylum application in the next thirty days.
26
       1. The plaintiff filed his action on October 22, 2008, seeking an order directing USCIS to
27
   adjudicate his application for asylum.
28

   STIPULATION TO EXTEND BRIEFING SCHEDULE
   C 08-4846 CRB                              1

2.  The plaintiff completed service on the defendants on October 27, 2008.

3.  Pursuant to Gen. Ord. 61, the defendants were required to file a motion for summary judgment on February 24, 2009.

4.  In light of the fact that the parties reasonably believed that USCIS would adjudicate the plaintiff's asylum application within thirty days, the parties filed a stipulation on February 24, 2009, to extend the due date for the defendants' motion for summary judgment to March 20, 2009.

5.  This Court signed the parties' stipulation on February 26, 2009.

6.  On March 18, 2009, USCIS informed the plaintiff of the need to appear for an additional interview and this interview is scheduled to occur in the next few days.

7.  In light of the reasonable probability that USCIS will adjudicate the plaintiff's asylum application within the next thirty days, the parties hereby request an additional thirty day extension of the due date for defendants' motion for summary judgment.  The defendants will file their motion for summary judgment, if necessary, on April 17, 2009.

Dated: March 19, 2009                     Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                           /s/
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorneys for Defendants

Dated:  March 19, 2009                     /s/
                                          THIPPHAVONE P. ARK
                                          The Law Office of Thippavone P. Ark
                                          Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __March 24__, 2009         _____
                                          CHARLES R. BREYER
                                          United States District Judge

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-4846 CRB                                    2