| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
|   | Assistant United States Attorney |
| 4 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
|   | Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMAL MOAMAR, | ) | |
| | ) | No. C 08-4846 CRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND BRIEFING** |
| | ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| MICHAEL MUKASEY, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; ROSEMARY MELVILLE, in her official capacity as District Director of U.S. Citizenship and Immigration Services; EMILIA BARDINI, in her official capacity as Director of the San Francisco Asylum Office, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule in General Order No. 61 by sixty days in light of the reasonable likelihood that the United States Citizenship and Immigration Services (USCIS) will issue a final decision on the plaintiff's asylum application in the next sixty days.

1. The plaintiff filed his action on October 22, 2008, seeking an order directing USCIS to adjudicate his application for asylum.

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-4846 CRB                                    1

2. The plaintiff completed service on the defendants on October 27, 2008.

3. Pursuant to Gen. Ord. 61, the defendants were required to file a motion for summary judgment on February 24, 2009.

4. In light of the fact that the parties reasonably believed that USCIS would adjudicate the plaintiff's asylum application within thirty days, the parties filed a stipulation on February 24, 2009, to extend the due date for the defendants' motion for summary judgment to March 20, 2009.

5. This Court signed the parties' stipulation on February 26, 2009.

6. On March 18, 2009, USCIS informed the plaintiff of the need to appear for an additional interview.

7. In light of the reasonable probability that, after the interview, USCIS would adjudicate the plaintiff's asylum application within thirty days, the parties requested a thirty day extension of the due date for defendants' motion for summary judgment.

8. This Court signed the parties' stipulation on March 24, 2009.

9. Since the filing of the parties' stipulation, USCIS has conducted the additional interview and has issued a Recommended Approval of the plaintiff's asylum application.

10. USCIS intends to issue a Final Approval if the results of the pending name check by the FBI are negative.

11. USCIS expects to receive the results of the pending name check within the next 60 days.

12. In light of the reasonable probability that USCIS will be able to finally adjudicate the plaintiff's asylum application within the next 60 days, the parties respectfully request an additional sixty day extension of the due date for defendants' motion for summary judgment.

13. The defendants will file their motion for summary judgment, if necessary, on June 19, 2009.

//

//

//

//

//

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-4846 CRB                                              2

| | |
|---|---|
| Dated: April 17, 2009 | Respectfully submitted,<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>          /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: April 17, 2009 |           /s/<br>THIPPHAVONE P. ARK<br>The Law Office of Thippavone P. Ark<br>Attorney for Plaintiff |

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____ April 20 _, 2009

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-4846 CRB                                    3