| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 6 | Telephone: (510) 637-3697<br>FAX: (510) 637-4724 |
| 7 | edward.olsen@usdoj.gov |
| 8 | Attorneys for Defendants |

9        UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA

11       SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | JAMAL MOAMAR, ) | |
|    | ) | No. C 08-4846 CRB |
| 13 | Plaintiff, ) | |
|    | ) | |
| 14 | v. ) | **STIPULATION TO DISMISS; AND** |
|    | ) | **[PROPOSED] ORDER** |
| 15 | MICHAEL MUKASEY, in his official capacity ) | |
|    | as Attorney General of the United States; ) | |
| 16 | MICHAEL CHERTOFF, in his official capacity ) | |
|    | as Secretary of the Department of Homeland ) | |
| 17 | Security; ROSEMARY MELVILLE, in her ) | |
|    | official capacity as District Director of U.S. ) | |
| 18 | Citizenship and Immigration Services; EMILIA ) | |
|    | BARDINI, in her official capacity as Director ) | |
| 19 | of the San Francisco Asylum Office, ) | |
|    | ) | |
| 20 | Defendants. ) | |
|    | ) | |
| 21 | | |

22    The plaintiff, by and through his attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

24 entitled action in light of the fact that the United States Citizenship and Immigration Services

25 (USCIS) has issued a final decision on the plaintiff's asylum application.

26    Each of the parties shall bear their own costs and fees.

27 //

28 //

STIPULATION TO DISMISS
C 08-4846 CRB                                         1

1 | Dated: June 18, 2009 | Respectfully submitted,
2 | | JOSEPH P. RUSSONIELLO
  | | United States Attorney
3 |
4 | | /s/
  | | EDWARD A. OLSEN
  | | Assistant United States Attorney
5 | | Attorneys for Defendants
6 |
7 |
8 | Dated: June 18, 2009 | /s/
  | | THIPPHAVONE P. ARK
  | | The Law Office of Thippavone P. Ark
9 | | Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ___June 19_____, 2009   _____
CHARLES R. BREYER
United States District



STIPULATION TO DISMISS
C 08-4846 CRB                    2